**Order entered October 24, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00344-CV

**TONYA TUCKER AND DEBORAH TUCKER, Appellants**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-11-30967**

## ORDER

Before the Court is appellants' October 20, 2017 unopposed motion to extend time to file appellants' brief. We **GRANT** the motion. Appellants' brief shall be filed by November 22, 2017.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE